IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS MICJAN and STEPHANIE MICJAN, Co-Administrators of the Estate of DYLAN MICJAN, a deceased minor and in their own right, | : CIVIL DIVISION :  : : Civil Action No.: 2:14-cv-00855 |
| Plaintiffs, | : : The Honorable Robert C. Mitchell |
| v. | : |
| WAL-MART STORES, INC.; GARAN, INC.; and GARAN SERVICES CORP., | : : |
| Defendants, | : |
| v. | : |
| TRIBORO QUILT MANUFACTURING CORPORATION, | : : |
| Additional Defendant. | : |

## ORDER ON STIPULATION OF DISMISSAL

AND NOW, this 3rd day of August, 2017, upon Stipulation of the parties, the above-captioned matter is dismissed with prejudice.

By the Court:

_____, J.